[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
MAR 17 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED  BG
8/14/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff Louise HILL )
)
v. )
)
Chicago Board of Education/ )
Chicago Public Schools )
Defendant )

United States District Court
Northern District of Illinois

1:20-cv-01838
Judge Matthew F. Kennelly
Magistrate Judge Sunil R. Harjani

## COMPLAINT

Since my rehire and settlement of case# 1:18-cv-03272 I have been subject to retaliation and discriminated against. Subsequently, I have been subject to different terms & conditions of employment, including but not limited to, delay in receiving court ordered route change, assigned more children on route, unnecessarily questioned about route, not treated with respect & dignity, hostile work environment which has created Post traumatic Stress Disorder. This condition which is caused due to hostile events from work has disturbed my whole life. I'm subject to anxiety attacks, depression, amongst other things noted in doctors notes which are confidentially attached. The incident that pushed me over the edge occurred 12/13/19 which I have attached in a phone call from Supervisor Chi Chi who was named in previous Lawsuit.

*signature*
3/17/20

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**Phone call from Chi Chi**

Friday December 13th at 4:25 p.m.
Chichi called and initially said Fernando did not feel comfortable returning my call because I felt vulnerable in a email to him. She went on to tell me fernandos job title and his responsibilities that it was Within his title to question my a.m. and p.m. pick up spots and that there's no need for me to feel vulnerable. after she finished I speaking. I asked her why didn't Fernando call me back? She responded that she took it upon herself to call me back. I let her know that I had no problem with him asking about my a.m. and p.m. pickup spots and it wasn't the reason of my feeling vulnerable. The problem came when he started the conversation by saying he has no problem with me but someone wants to know........... I said was it one of your superiors, he implied but didn't clarify and It continued when I asked who and he hung up on me and after I tried to call him back he didn't pick up I felt vulnerable. She again reiterated how I should feel and that's not being vulnerable. I felt highly offended and even more so vulnerable because I felt she was bullying me into how I should feel and I expressed to her she had no right to tell me how I should feel because of the call she just gave me it confirmed my feelings of vulnerability because I couldn't understand why my supervisor would not call me back when he clearly said that he would in the email. When I told Chichi that I needed to end the conversation she aggressively told me that we will not end the conversation and that's when my emotions overwhelm me because I felt backed into a corner and helpless and I screamed you will end conversation because you you are bullying me. I am thoroughly distraught and in tears about this whole situation and feeling uncertain about my job. That has now become a hostile work environment.

I felt vulnerable because my supervisor implied that one of his superiors had a problem with me and when I asked who he hung up on me. When one of the managers returned my call whom I named in the civil lawsuit and insisted that my feelings of vulnerability weren't legitimate I felt intimidated.

*[signature]*
3/17/20

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

**To:** Louise Hill
2552 West 81st Place
Chicago, IL 60609

**From:** Chicago District Office
230 S. Dearborn
Suite 1866
Chicago, IL 60604

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2020-01746 | Katarzyna Hammond, Investigator | (312) 872-9703 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman,
District Director

12/31/19
(Date Mailed)

Enclosures(s)

cc: **CITY OF CHICAGO BOARD OF EDUCATION**
Kathleen Gibbons
Senior Assistant General Counsel
Law Department
1 North Dearborn Street, Suite 900
Chicago, IL 60602

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

EEOC Form 5 (11/09)

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2020-01746 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Mrs. Louise Hill
**Home Phone** (Incl. Area Code): (773) 297-1388
**Date of Birth**: 1978
**Street Address**: 2552 West 81st Place, Chicago, IL 60652

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

**Name**: CHICAGO BOARD OF EDUCATION/ CHICAGO PUBLIC SCHOOLS
**No. Employees, Members**: 500 or More
**Phone No.**: (773) 553-1000
**Street Address**: 42 West Madison Street, Chicago, IL 60602

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 03-12-2019
Latest: 12-13-2019
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was rehired by Respondent as the Bus Aide on or about March 12, 2019. I filed a previous EEOC Charge (Charge # 440-2017-05867). Respondent and I reached an agreement. Subsequently, since my recent rehire, I have been subjected to different terms and conditions of employment, including but not limited to, delayed receiving a better bus route, being assigned more children on my route, and being questioned about my route.

I believe I have been discriminated against in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
DEC 17 2019
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Dec 17 2019
Date / Charging Party Signature